HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW C. BOCKMON, #161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
SALVADOR ESQUIVEL-MERITO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 2:10-CR-486 TLN |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. | ) | |
| SALVADOR ESQUIVEL-MERITO, | ) | DATE: October 3, 2013 |
| | ) | TIME: 9:30 a.m. |
| Defendant. | ) | JUDGE: Hon. Troy L. Nunley |

SALVADOR ESQUIVEL-MERITO by and through his counsel, MATTHEW C. BOCKMON, Assistant Federal Defender, and NIRAV DESAI, Assistant United States Attorney, hereby agree that the status conference set for September 12, 2013, be continued to October 3, 2013, at 9:30 a.m.

This continuance is being requested because defense counsel requires additional time to review the proposed plea agreement with the defendant and the staff interpreter and to further investigate and discuss the case with the government.

Counsel agrees that the time from September 9, 2013 through October 3, 2013, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, §§3161(h)(7)(A)and(B)(iv) and Local Code T4, [reasonable time to prepare] and that the ends of justice served by this continuance outweigh the best interests of the public and the defendants in a speedy trial.

///

///

///

1  DATED: September 9, 2013              Respectfully submitted,

2                                        HEATHER E. WILLIAMS
                                         Federal Defender
3
                                         /S/ Matthew C. Bockmon
4                                        MATTHEW C. BOCKMON
                                         Assistant Federal Defender
5                                        Attorney for Defendant
                                         SALVADOR ESQUIVEL-MERITO
6

7
   DATE: September 9, 2013               BENJAMIN B. WAGNER
8                                        United States Attorney

9
                                         /S/ Matthew C. Bockmon for
10                                       NIRAV K. DESAI
                                         Assistant United States Attorney
11

12                         **O R D E R**

13     IT IS HEREBY ORDERED that this matter is continued to October 3, 2013, at 9:30 a.m., for

   further status conference.
14
       IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) and Local Code T4,
15
   the period from September 9, 2013 up to and including October 3, 2013, is excluded from the time
16
   computations required by the Speedy Trial Act due to ongoing preparation of counsel, and that the ends of
17
   justice served by this continuance outweigh the best interests of the public and the defendants in a speedy
18
   trial.
19

20  Dated: September 10, 2013

21

22

23                                       _____
                                         Troy L. Nunley
24                                       United States District Judge

25

26

27

28